UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THOMAS HOKE,

   Plaintiff,

                              CASE NO.:  8:18-CV-01109-VMC-JSS

-vs-

PORTFOLIO RECOVERY ASSOCIATES,
LLC,

   Defendant.

_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW the Plaintiff, THOMAS HOKE, by and through his undersigned attorney, and hereby files this Notice of Voluntary Dismissal With Prejudice of the above-captioned matter.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by electronic mail this 22nd day of June, 2018 to all counsel of record.

/s/Frank H. Kerney, III, Esquire
Frank H. Kerney, III, Esquire
Florida Bar #: 88672
Morgan & Morgan, Tampa, P.A.
One Tampa City Center
201 North Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile:  (813) 223-5402
fkerney@forthepeople.com
jkneeland@forthepeople.com
snazario@forthepeople.com
Counsel for Plaintiff